IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| CLIFFORD SEE WALKER | Violations: 18 U.S.C. §§ 2241(a)(1) and 1153 |

**Aggravated Sexual Abuse by Force**

The Grand Jury Charges:

On or about April 25, 2017, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

CLIFFORD SEE WALKER,

an Indian, knowingly caused and attempted to cause another person, namely, R.I., to engage in a sexual act, that being contact between the penis and the vulva, by using force against that other person;

In violation of Title 18, United States Code, Sections 2241(a)(1) and 1153.

                                            A TRUE BILL:

                                            /s/ Grand Jury Foreperson
                                            Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

BSR/jt