IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD SEE WALKER,<br><br>Defendant. | Case No. 1:17-cr-111<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a writ of *habeas corpus Ad Prosequendum*.

Name of detainee: Clifford See Walker
Detained at (custodian): Fort Yates Standing Rock Correctional Center
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Bismarck, North Dakota, on May 22, 2017, at 1:30 p.m. for the purpose of an Initial Appearance and Arraignment.

Attorney Signature:
Printed Name and Telephone Number: Brandi Sasse Russell (701) 530-2438
Dated: May 12, 2017
Attorney of Record for the United States

### *WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detained shall be **RETURNED** to the original custodian.
Dated this 12th day of May, 2017.

Charles S. Miller, Jr.
United States Magistrate Judge

---

**RETURN OF SERVICE**

_____  By: _____  _____
Date Executed         Printed Name         Signature