UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

SOUTHWESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:17-CR-111 |
| Plaintiff, | |
| | REQUEST FOR NOTICE |
| vs. | PURSUANT TO FED. R. EVID. 807(b) |
| CLIFFORD SEE WALKER, | |
| Defendant. | |

_____

The Defendant above-named, Clifford See Walker, by and through undersigned attorney, Assistant Federal Public Defender Chris Bellmore, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 807(b), of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Rule 807 of the Federal Rules of Evidence sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any evidence subject to the requirements of FED. R. EVID. 807 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this 19 day of May, 2017.

        Respectfully submitted,

        NEIL FULTON
        Federal Public Defender
        By:

        /s/ *Chris Bellmore*
        Chris Bellmore,
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        324 North 3rd Street, Suite 1
        Bismarck, ND 58501
        Telephone: 701-250-4500 Facsimile: 701-250-4500
        filinguser_SDND@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2017, the following document(s):

**Request For Notice Pursuant to Fed. R. Evid. 807(b)**

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

    Brandi Russell
    brandi.russell@usdoj.gov

I further certify that copy of the foregoing documents and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants:

                      */s/ Chris Bellmore*
                      Chris Bellmore, Assistant Federal Public Defender