UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

SOUTHWESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:17-CR-111 |
| Plaintiff, | |
| | DEFENDANT'S FIRST MOTION TO CONTINUE TRIAL |
| vs. | |
| CLIFFORD SEE WALKER, | |
| Defendant. | |

_____

Comes now Clifford See Walker, Defendant above-named, by and through his attorney, Assistant Federal Public Defender Chris Bellmore, and moves this Honorable Court for its Order continuing the trial date currently scheduled for July 17, 2017, for at least 60 days, on the following grounds:

In order to properly represent Defendant, the undersigned needs additional time to locate witnesses, to complete the investigation, and to prepare for trial.

The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

Dated this 7 day of July, 2017.

                    Respectfully submitted,

                    NEIL FULTON
                    Federal Public Defender

By:

                    */s/ Christopher P. Bellmore*
                    Chris Bellmore
                    Assistant Federal Public Defender
                    Attorney for Defendant
                    Office of the Federal Public Defender
                    Districts of South Dakota and North Dakota
                    324 North 3rd Street, Suite 1
                    Bismarck, ND 58501
                    Telephone: 701-250-4500 Facsimile: 701-250-4498
                    Filinguser_SDND@fd.org