UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 1:17-CR-111 |
| Plaintiff, | DEFENDANT'S INFORMED CONSENT TO CONTINUANCE |
| vs. | |
| CLIFFORD SEE WALKER, | |
| Defendant. | |

Defendant hereby consents to the Defendant's Motion to Continue filed on my behalf. I understand that this Motion to Continue means that the delay requested is excluded from counting under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq, and the juvenile speedy trial right under 18 U.S.C. § 5036.

I have discussed this matter with my counsel and I have had my questions concerning the motion to continue answered. I have been advised of my rights under the Speedy Trial Act and my constitutional right to a speedy trial under the Sixth Amendment to the United States Constitution. This consent is being made by me freely, voluntarily, and with full knowledge of the consequences of this Motion to Continue.

Dated this 6th day of July, 2017.

_____
Clifford See Walker, Defendant