UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:17-CR-111 |
| Plaintiff, | |
| vs. | DEFENDANT'S MOTION FOR DETENTION HEARING |
| CLIFFORD SEE WALKER, | |
| Defendant. | |

The Defendant, Clifford See Walker, by and through his attorney, Assistant Federal Public Defender Christopher P. Bellmore, moves the Court for a detention hearing as well as an order that a bond interview with pre-trial services be conducted. On May 18, 2017, the Defendant made an initial appearance. The Court did not conduct a detention hearing pursuant to the Defendant's signed waiver (DCD 10). Therefore, his release status has not been examined.

Dated this 6th day of October 2017.

Respectfully submitted,

NEIL FULTON
Federal Public Defender

*/s/ Christopher P. Bellmore*
Christopher P. Bellmore
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
324 North 3rd Street, Suite 1
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4498
filinguser_SDND@fd.org