UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:17-CR-00111 |
| Plaintiff, | |
| | DEFENDANT'S MOTION TO |
| vs. | SUPPRESS STATEMENTS |
| CLIFFORD SEE WALKER, | |
| Defendant. | |

_____

Defendant Clifford See Walker, by and through his attorney, Assistant Federal Public Defender Christopher P. Bellmore, moves this Court pursuant to FED. R. CRIM. P. 12(b) to suppress all statements made to law enforcement upon and subsequent to his arrest on April 25, 2017. The Defendant asserts that he was unable to voluntarily waive his Fifth Amendment privilege against self-incrimination and his right to remain silent. This was due to his intoxication of drugs and alcohol, sleep deprivation, and his mental health. Despite these factors being known to law enforcement, See Walker underwent questioning on multiple occasions on April 25, 2017. The Defendant asserts that because the statements were made involuntarily, unknowingly, and unintelligently, they should each be suppressed from evidence at trial.

For these reasons, and those set forth in the Defendant's accompanying memorandum of law, the Court should grant this motion, and suppress from evidence at trial any statement made subsequent to the Defendant's arrest. Additionally, the Defendant requests a hearing to develop

more facts in support of this motion and the accompanying arguments set forth in the Defendant's memorandum.

Dated this 10th day of December, 2017.

Respectfully submitted,

NEIL FULTON
Federal Public Defender
By:

*/s/ Christopher P. Bellmore*
Christopher P. Bellmore
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
324 North 3rd Street, Suite 1
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4498
filinguser_SDND@fd.org