IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

USA

v.

Clifford See Walker

**DESCRIPTION OF DOCUMENT FILED
CONVENTIONALLY**

Case No.: 1:17-cr-00111

---

This document is a place holder for the following item(s) which is(are) filed in conventional or physical form with the Clerk's Office:

Exhibit A - DVD

This filing was not e-filed for the following reason(s):

☑ Exempt pursuant to the court's Administrative Policy Governing Electronic Filing and Service

☐ Other:

*Clerk's Office Internal Form: E-file this place holder in ECF in place of the conventionally filed document(s).*

Rev. 10/2011