IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0111 |
| Plaintiff, | |
| v. | UNITED STATES SENTENCING MEMORANDUM |
| CLIFFORD SEE WALKER, | |
| Defendant. | |

There are no objections or corrections to the PSI in this matter.

Dated this 6th day of June, 2018.

                                      CHRISTOPHER C. MYERS
                                      United States Attorney

By:   */s/ Brandi Sasse Russell*
       BRANDI SASSE RUSSELL
       Assistant United States Attorney
       P. O. Box 699
       Bismarck, ND  58502-0699
       (701) 530-2420
       N.D. Bar Board ID No. 05661
       Attorney for United States