# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING DEFENDANT'S** |
| | ) | **MOTION FOR APPOINTMENT OF** |
| vs. | ) | **COUNSEL** |
| | ) | |
| Clifford See Walker, | ) | Case No. 1:17-cr-111 |
| | ) | |
| Defendant. | ) | |

Before the Court is the Defendant's motion for appointment of counsel filed by Attorney Daphne Silverman on behalf of the Defendant on May 8, 2019. See Doc. No. 60. The Defendant requests Attorney Silverman be appointed to assist him in investigating and filing, if appropriate, a motion pursuant to 28 U.S.C. § 2255. The Defendant has yet to file a 2255 motion, and in his present motion, has not provided a sufficient factual basis to demonstrate a particularized need for counsel at this time. The Court has carefully reviewed the entire record, and in the broad exercise of its discretion, the Defendant's motion for appointment of counsel (Doc. No. 60) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 29th day of May, 2019.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court